# EXHIBIT 1

## OPT-IN CONSENT FORM

I consent to be an opt-in plaintiff in a lawsuit against Elm Manor Nursing and Rehabilitation Center and/or related entities in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).  I hereby designate McLaughlin & Stern, LLP to represent me in such lawsuit.

Nicole Sizemore

861AA916E00845E...

2/16/2026

Signature                                          Dated

Nicole Sizemore

_____

Full Legal Name (print)

Nicole Sizemore

_____

Address

7420 Webster crossing Springwater ny        14560

City, State                                        Zip Code

585-353-1117

_____

Telephone Number

## OPT-IN CONSENT FORM

I consent to be an opt-in plaintiff in a lawsuit against Elm Manor Nursing and Rehabilitation Center and/or related entities in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).  I hereby designate McLaughlin & Stern, LLP to represent me in such lawsuit.

DocuSigned by:

*Elsie Conde*

BDF18041DB9C486...

2/17/2026

Signature                                                         Dated

Elsie Conde

Full Legal Name (print)

Elsie Conde

Address

507 Meigs St                                               N/A

City, State                                                      Zip Code

Rochester, NY 14607

Telephone Number

Docusign Envelope ID: A95FD66F-B30F-4F8C-937F-993C33759B6A

# OPT-IN CONSENT FORM

I consent to be an opt-in plaintiff in a lawsuit against Elm Manor Nursing and Rehabilitation Center and/or related entities in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate McLaughlin & Stern, LLP to represent me in such lawsuit.

DocuSign by:

*Brooke Johnson*

064C588F012D40E...

3/4/2026

Signature

Dated

Brooke Johnson

_____

Full Legal Name (print)

Brooke Johnson

_____

Address

8 Gilbert st

P.O. Box 11

_____

City, State

Zip Code

Rushville ny 14544

_____

Telephone Number